UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE EQUAL RIGHTS CENTER ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHMAN PROPERTY SERVICES, ) <br> INC., et al. ) <br> ) <br> Defendants. ) | Civil Action No. 1:10-cv-03038-JFM |

NOTICE OF SUBMISSION OF NOTICE OF A LAWSUIT AND REQUEST
TO WAIVE SERVICE OF A SUMMONS TO DEFENDANTS RICHMAN PROPERTY
SERVICES, INC. AND CARROLLTON ASSOCIATES LIMITED PARTNERSHIP

Pursuant to Local Rule 103.2.c, Plaintiff The Equal Rights Center submits this notice and states that it has, on this date, October 27, 2010, sent to Defendants Richman Property Services, Inc. and Carrollton Associates Limited Partnership a copy of the Complaint and a Notice of a Lawsuit and Request to Waive Service of a Summons.

Dated:  October 27, 2010                    Respectfully submitted,


                                            /s/_____
                                            Howard N. Feldman, #12548
                                            DICKSTEIN SHAPIRO LLP
                                            1825 Eye Street, N.W.
                                            Washington, DC 20006
                                            Phone: (202) 420-2200
                                            Fax: (202) 420-2201
                                            feldmanh@dicksteinshapiro.com

Isabelle M. Thabault
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL
RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, DC 20036
Phone: (202) 319-1000
Fax: (202) 319-1010
Isabelle_Thabault@washlaw.org

Counsel for Plaintiff Equal Rights Center