UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE EQUAL RIGHTS CENTER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:10-cv-03038-JFM |
| | ) |
| RICHMAN PROPERTY SERVICES, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

To: Carrollton X Associates Limited Partnership, 340 Pemberwick Road, Greenwich, CT 06831

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Alan Martinson, whose address is Dickstein Shapiro LLP, 1825 Eye Street, NW, Washington, DC 20006. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Dated: April 12, 2011

Felicia C. Cannon
Clerk of the Court



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE EQUAL RIGHTS CENTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:10-cv-03038-JFM |
| ) | |
| RICHMAN PROPERTY SERVICES, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |

**SUMMONS**

To: Mary Baird, 9013 Allington Manor Circle W, Frederick, MD 21703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Alan Martinson, whose address is Dickstein Shapiro LLP, 1825 Eye Street, NW, Washington, DC 20006. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Dated: April 12, 2011

Felicia C. Cannon
———————————
Clerk of the Court



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE EQUAL RIGHTS CENTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-03038-JFM |
| | ) | |
| RICHMAN PROPERTY SERVICES, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

### SUMMONS

To: Rachel Ramsay; 7190 Glenmeadow Court, Frederick, MD 21703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Alan Martinson, whose address is Dickstein Shapiro LLP, 1825 Eye Street, NW, Washington, DC 20006. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Dated: April 12, 2011

*Felicia C. Cannon*
Clerk of the Court

