UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 28, 2012

MEMO TO COUNSEL RE: The Equal Rights Center v. Richman Property Services, Inc.
Civil No. JFM-10-3038

Dear Counsel:

      I have reviewed the memoranda submitted in connection with defendants' motion for protective order. The motion is denied. It is conceivable that Richard Richman may have personal knowledge about facts relevant to this litigation. However, Mr. Richman's knowledge appears to be quite limited, and in order to prevent the deposition from being used as a tool for harassment, I hereby impose a time limit of 60 minutes upon plaintiff's direct examination of Mr. Richman. If defendants choose to ask Mr. Richman any questions, the length of any redirect examination by plaintiffs is limited to 10 minutes. The limitation on the length of redirect examination is subject to the proviso that if defendants choose to ask Mr. Richman extensive questions, plaintiff may request from me a longer period for redirect examination.

      If defendants so choose, Mr. Richman's deposition shall be taken by videotape at Mr. Richman's place of business. As indicated, this is subject to defendants' sole choice. If they prefer that Mr. Richman be deposed in person, he should be deposed at a place of defendants' selection.

      Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge