UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 15, 2013

MEMO TO COUNSEL RE: The Equal Rights Center, et al. v. Richman Property Services, Inc., et al.
Civil No. JFM-10-3038

Dear Counsel:

      I have reviewed the memoranda submitted in connection with defendants' motion to take limited depositions.

      The motion (document 135) is denied. Defendants have not shown good cause to reopen discovery, as their motion at least implicitly requests. If, after plaintiff produces the documents it has been ordered to produce, defendants are able to point to ambiguities or unclarities in the documents that require additional depositions to be taken, I will, at defendants' request, reconsider this order. As things now stand, however, I believe that no more factual discovery should be taken.

      Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge